UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PHYLLIS M. MELANCON | CIVIL ACTION |
| VERSUS | NO:      05-1867 |
| JOANNE B. BARNHART,<br>COMMISSIONER OF SOCIAL SECURITY | SECTION: "S" (4) |

### REPORT AND RECOMMENDATION

**I.      Introduction**

This is an action for judicial review of a final decision of the Commissioner of Social Security pursuant to Title 42 United States Code § 405(g).  The Commissioner denied Phyllis M. Melancon's eligibility for disability benefits under the Social Security Act.

The matter was referred to the undersigned United States Magistrate Judge pursuant to Title 28 United States Code § 636(b) and Local Rule 19.02E(b), for the submission of Proposed Findings and Recommendations.

**II.      Procedural Background**

On May 19, 2005, the Court issued a Scheduling Order requiring the plaintiff to file a brief in support of her claims within forty (40) days of the defendant filing an Answer.[1]  The defendant filed an answer on July 15, 2005.  Thus, the plaintiff's brief was due on August 24, 2005.  The

---

[1] Rec. Doc. No. 3.

plaintiff, however, failed to submit a brief.

On January 24, 2006, the undersigned issued a Show Cause Order requiring the plaintiff to show cause on or before February 8, 2006, by written memorandum or motion, as to why she had failed to comply with the Scheduling Order.[2]  The order also notified the plaintiff that a failure to comply may result in the dismissal of her claims.  Nevertheless, the plaintiff failed to comply.

## III.   Recommendation

**IT IS RECOMMENDED** that the plaintiff's claims against the Social Security Administration be **DISMISSED WITH PREJUDICE** for failing to comply with the Show Cause Order issued by the United States Magistrate Judge on January 23, 2006.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation **within ten (10) days** after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object.  *See Douglass v. United Services Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996).

New Orleans, Louisiana, this __9th__ day of March 2006

_____
**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**

---

[2]Rec. Doc. No. 8.