FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR -6  PM 4:43

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

PHYLLIS M. MELANCON                          CIVIL ACTION

VERSUS                                       NO:     05-1867

JOANNE B. BARNHART,                          SECTION: "S" (4)
COMMISSIONER OF SOCIAL  SECURITY

### ORDER

The Court, after considering the petition, the record, the applicable law, the Magistrate

Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no

objections to the Magistrate Judge's Report and Recommendation, hereby approves the

Magistrate Judge's Report and Recommendation and adopts it as its opinion.   Accordingly,

**IT IS ORDERED** that the plaintiff's claims against the Social Security Administration are

**DISMISSED WITH PREJUDICE** for failing to comply with the Show Cause Order issued by

the United States Magistrate Judge on January 23, 2006.

New Orleans, Louisiana, this _6_ day of _April_ 2006

UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____